**Order entered February 27, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01139-CV

**DEE L. CHARLES, Appellant**

**V.**

**CROWN ASSET MANAGEMENT, LLC, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-07395**

## ORDER

Before the Court is appellant's February 25, 2019 motion for extension of time to file an amended brief. We **GRANT** the motion and **ORDER** the brief be filed no later than **March 5, 2019**. Because the brief was originally due June 13, 2018, we caution appellant that failure to file the brief may result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c).

/s/  ERIN A. NOWELL
   JUSTICE